People v Santiago (2026 NY Slip Op 01659)

People v Santiago

2026 NY Slip Op 01659

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, NOWAK, AND DELCONTE, JJ.

106 KA 23-01103

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vANDRES SANTIAGO, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

CHARLES J. GREENBERG, AMHERST, FOR DEFENDANT-APPELLANT.
JOHN NABINGER, DISTRICT ATTORNEY, WATERLOO (KEVIN URBAITIS OF COUNSEL), FOR RESPONDENT.

 Appeal from a judgment of the Seneca County Court (Barry L. Porsch, J.), rendered May 31, 2023. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Santiago ([appeal No. 1] — AD3d — [Mar. 20, 2026] [4th Dept 2026]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court